UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OTTIE MICHELE BREWINGTON )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of Social Security, )<br>Defendant. )<br>) | **JUDGMENT**<br><br>No. 5:21-CV-404-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion and defendant's stipulation for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 29, 2022, that defendant pay to plaintiff $3,900.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on June 29, 2022, and Copies To:**
Michael W. Bertics (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)

June 29, 2022                             PETER A. MOORE, JR., CLERK

                                                  /s/ Sandra K. Collins
                                                 (By) Sandra K. Collins, Deputy Clerk